IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40297
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MIGUEL MIRELES-ANZURES,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-97-CR-467-1
- - - - - - - - - -

January 5,1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Miguel Mireles-Anzures appeals from his guilty-plea conviction and sentence for being found illegally in the United States subsequent to deportation. He argues that the record of the Fed. R. Crim. P. 11 colloquy is devoid of any personal affirmative answers by him concerning his knowing and voluntary waiver of his constitutional rights. He contends that appellate review to ascertain the voluntariness of his plea is impossible because the transcript of rearraignment does not reflect his own

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responses to the court's questions concerning Mireles-Anzures' understanding of the constitutional rights waived by pleading guilty.  Mireles-Anzures asserts that this method violates the purposes underlying Rule 11, and, thus, his conviction should be reversed.

Mireles-Anzures does not contend that he did not understand that by pleading guilty, he was waiving certain constitutional rights.  Because he does not contend that his plea was involuntary, he has not identified any error that harmed him for this court to consider as reversible error.  See Fed. R. Crim. P. 11(h), 52(b).

AFFIRMED.